No. 02–5266. PINEDA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5267. CALDERON-VILLEDA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–5268. CASTILLO-LUCIO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5269. MAYA-CORTEZ v. UNITED STATES; CADENA-SANTOS v. UNITED STATES; and PINEDA-CALDERON v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 35 Fed. Appx. 388 (second judgment) and 389 (first and third judgments).

No. 02–5270. PEREZ-LOPEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5271. HERNANDEZ-VELASQUEZ, AKA VELASQUEZ-HERNANDEZ, AKA SANCHEZ-DIONICIO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5272. FAISON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5273. ORTIZ-HERNANDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5275. WALKER v. FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–5276. YOUNG v. WEIL-MCLAIN. C. A. 7th Cir. Certiorari denied.

No. 02–5277. AYERS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5279. RODRIGUEZ-GARCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–5280. RODRIGUEZ v. TRISTAN. C. A. 9th Cir. Certiorari denied.

No. 02–5281. RAMIREZ v. UNITED STATES; WILLIAMS v. UNITED STATES; RODRIGUEZ v. UNITED STATES; and COX v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 35 Fed. Appx. 388 (first, second, and fourth judgments) and 389 (third judgment).